CLOSED,JURY,PATENT/TRADEMARK

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CIVIL DOCKET FOR CASE #: 4:20−cv−00255−ALM

Caddo Systems, inc. et al v. Siemens Aktiengesellschaft (AG) et al
Assigned to: District Judge Amos L. Mazzant, III
Cause: 35:271 Patent Infringement

Date Filed: 03/27/2020
Date Terminated: 10/05/2020
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Caddo Systems, Inc.** represented by **Timothy Devlin**
Devlin Law Firm LLC − Wilmington
1526 Gilpin Ave.
Wilmington, DE 19806
302−449−9010
Fax: 302−353−4251
Email: tdevlin@devlinlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex H Chan**
Devlin Law Firm LLC − Wilmington
1526 Gilpin Ave.
Wilmington, DE 19806
302−449−9010
Fax: 302−353−4251
Email: achan@devlinlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**511 Technologies, Inc.** represented by **Timothy Devlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex H Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Siemens Aktiengesellschaft (AG)**
*TERMINATED: 09/25/2020*
represented by **Kristin L Cleveland**
Klarquist Sparkman LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204
503/595−5300
Fax: 503/595−5301

Email: kristin.cleveland@klarquist.com
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903−934−8450
Fax: 903−934−9257
Email: melissa@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**Salumeh R Loesch**
Klarquist Sparkman LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204
503/595−5300
Fax: 503/595−5301
Email: salumeh.loesch@klarquist.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Siemens Industry, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2020 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0540−7728471.), filed by Caddo Systems, inc., 511 Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Civil Cover Sheet)(Devlin, Timothy) (Entered: 03/27/2020) |
| 03/27/2020 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Devlin, Timothy) (Entered: 03/27/2020) |
| 03/27/2020 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by 511 Technologies, Inc., Caddo Systems, inc. (Chan, Alex) (Entered: 03/27/2020) |
| 03/27/2020 | Ï | Case ASSIGNED to District Judge Amos L. Mazzant, III. (baf, ) (Entered: 03/27/2020) |
| 03/27/2020 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (baf, ) (Entered: 03/27/2020) |
| 03/27/2020 | Ï 4 | SUMMONS Issued as to Siemens Digital Industries Software, Inc.. (baf, ) (Entered: 03/27/2020) |
| 03/27/2020 | Ï 5 | SUMMONS Issued as to Siemens Aktiengesellschaft (AG). (baf, ) (Entered: 03/27/2020) |
| 06/09/2020 | Ï 6 | SUMMONS Returned Executed by Caddo Systems, Inc., 511 Technologies, Inc.. All Defendants. (Chan, Alex) (Entered: 06/09/2020) |
| 06/23/2020 | Ï 7 | |

| | | |
|---|---|---|
| | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re 511 Technologies, Inc., Caddo Systems, Inc..( Chan, Alex) (Entered: 06/23/2020) |
| 06/23/2020 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for Siemens Digital Industries Software, Inc. to 7/27/2020; Siemens Aktiengesellschaft (AG) to 7/27/2020. 30 Days Granted for Deadline Extension.( baf, ) (Entered: 06/23/2020) |
| 07/23/2020 | 8 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re 511 Technologies, Inc., Caddo Systems, Inc..( Chan, Alex) (Entered: 07/23/2020) |
| 07/23/2020 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for Siemens Digital Industries Software, Inc. to 8/10/2020; Siemens Aktiengesellschaft (AG) to 8/10/2020. 14 Days Granted for Deadline Extension.( baf, ) (Entered: 07/23/2020) |
| 08/07/2020 | 9 | NOTICE of Attorney Appearance by Kristin L Cleveland on behalf of All Defendants (Cleveland, Kristin) (Entered: 08/07/2020) |
| 08/07/2020 | 10 | NOTICE of Attorney Appearance by Salumeh R Loesch on behalf of All Defendants (Loesch, Salumeh) (Entered: 08/07/2020) |
| 08/07/2020 | 11 | Unopposed MOTION for Extension of Time to File Answer *to Complaint* by Siemens Aktiengesellschaft (AG), Siemens Digital Industries Software, Inc.. (Attachments: # 1 Text of Proposed Order Order)(Loesch, Salumeh) (Entered: 08/07/2020) |
| 08/10/2020 | 12 | ORDER granting 11 Motion for Extension of Time to Answer. Defendants shall have an additional 14−days in which to respond to Plaintiffs' Complaint, through and including August 24, 2020. Signed by District Judge Amos L. Mazzant, III on 8/10/2020. (daj, ) (Entered: 08/10/2020) |
| 08/10/2020 | | Answer Due Deadline Updated for Siemens Aktiengesellschaft (AG) to 8/24/2020; Siemens Digital Industries Software, Inc. to 8/24/2020. (daj, ) (Entered: 08/10/2020) |
| 08/21/2020 | 13 | NOTICE of Attorney Appearance by Melissa Richards Smith on behalf of Siemens Aktiengesellschaft (AG), Siemens Digital Industries Software, Inc. (Smith, Melissa) (Entered: 08/21/2020) |
| 08/24/2020 | 14 | Unopposed MOTION for Extension of Time to File Answer by Siemens Aktiengesellschaft (AG), Siemens Digital Industries Software, Inc.. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 08/24/2020) |
| 08/25/2020 | 15 | ORDER − GRANTING 14 Motion for Extension of Time to Answer Complaint. IT IS THEREFORE ORDERED that the deadline for Defendants to move, answer or otherwise respond to Plaintiffs' Complaint is August 27, 2020. Signed by District Judge Amos L. Mazzant, III on 8/25/2020. (baf, ) (Entered: 08/25/2020) |
| 08/27/2020 | 16 | AMENDED COMPLAINT *First Amended Complaint for Patent Infringement* against Siemens Aktiengesellschaft (AG), Siemens Industry, Inc., filed by Caddo Systems, Inc., 511 Technologies, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Chan, Alex) (Entered: 08/27/2020) |
| 09/10/2020 | 17 | MOTION to Dismiss for Lack of Jurisdiction by Siemens Aktiengesellschaft (AG). (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Affidavit Declaration of Marla Beier, # 3 Exhibit Ex A to Declaration of Marla Beier, # 4 Exhibit Ex B to Declaration of Marla Beier, # 5 Exhibit Ex C to Declaration of Marla Beier, # 6 Exhibit Ex D to Declaration of Marla Beier, # 7 Exhibit Ex E to Declaration of Marla Beier, # 8 Affidavit Declaration of Paul Salazar, # 9 Exhibit Ex 1 to Declaration of Paul Salazar, # 10 Exhibit Ex 2 to Declaration of Paul Salazar)(Loesch, Salumeh) (Entered: 09/10/2020) |

| | | |
|---|---|---|
| 09/11/2020 | Ï | Counsel are reminded that the Court has not opted out of this court's Local Rules concerning courtesy copies; therefore, Counsel are asked to comply with Local Rule CV−5(a)(9) and Local Rule CV−10(b) with respect to sending courtesy copies to Judge Mazzant. Please send copies of pleadings that exceed 20 pages to Judge Mazzant's chambers. Please use tabs and dividers for exhibits, and please place voluminous pleadings in three−ring binder(s). (tls) (Entered: 09/11/2020) |
| 09/11/2020 | Ï 18 | CORPORATE DISCLOSURE STATEMENT filed by Siemens Aktiengesellschaft (AG) (Cleveland, Kristin) (Entered: 09/11/2020) |
| 09/15/2020 | Ï 19 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re 511 Technologies, Inc., Caddo Systems, Inc..( Chan, Alex) (Entered: 09/15/2020) |
| 09/15/2020 | Ï | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for Siemens Industry, Inc. to 9/24/2020. 7 Days Granted for Deadline Extension.( baf, ) (Entered: 09/15/2020) |
| 09/17/2020 | Ï 20 | ORDER GOVERNING PROCEEDINGS. This case is SET for the Initial Rule 16 Management Conference on Monday, 11/16/2020, at 10:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Signed by District Judge Amos L. Mazzant, III on 9/17/2020. (baf, ) (Entered: 09/17/2020) |
| 09/23/2020 | Ï 21 | NOTICE of Voluntary Dismissal by 511 Technologies, Inc., Caddo Systems, Inc. (Attachments: # 1 Text of Proposed Order)(Devlin, Timothy) (Entered: 09/23/2020) |
| 09/23/2020 | Ï 22 | Defendant Siemens Industry, Inc.'s Unopposed Second Application for Extension of Time to Answer Complaint re 511 Technologies, Inc., Caddo Systems, Inc..( Chan, Alex) (Entered: 09/23/2020) |
| 09/24/2020 | Ï | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for Siemens Industry, Inc.. 7 Days Granted for Deadline Extension.( baf, ) (Entered: 09/24/2020) |
| 09/25/2020 | Ï 23 | ORDER OF DISMISSAL WITHOUT PREJUDICE. Pursuant to Fed. R. Civ. P. 41(a)(i), recognizing the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiffs Caddo Systems, Inc. and 511 Technologies, Inc. (collectively, "Plaintiffs") it is: ORDERED that the claims and causes of action asserted between Plaintiffs and Siemens Aktiengellschaft hereby are, dismissed without prejudice; and ORDERED that the parties shall bear their own attorney's fees, expenses and costs. The Clerk is directed to terminate Defendant Siemens Aktiengellschaft AG as a party to this case. Signed by District Judge Amos L. Mazzant, III on 9/25/2020. (baf, ) (Entered: 09/25/2020) |
| 09/30/2020 | Ï 24 | Joint MOTION to Change Venue *to the United States District Court for the Northern District of Illinois*, Joint MOTION to Stay *All Deadlines Pending Transfer of Case* by 511 Technologies, Inc., Caddo Systems, Inc.. (Attachments: # 1 Text of Proposed Order)(Devlin, Timothy) (Entered: 09/30/2020) |
| 10/01/2020 | Ï 25 | Defendant's Unopposed Third Application for Extension of Time to Answer Complaint re 511 Technologies, Inc., Caddo Systems, Inc..( Chan, Alex) (Entered: 10/01/2020) |
| 10/02/2020 | Ï | Defendant's Unopposed THIRD Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for Siemens Industry, Inc. to 10/8/2020. 7 Days Granted for Deadline Extension.( baf, ) (Entered: 10/02/2020) |
| 10/05/2020 | Ï 26 | ORDER − GRANTING 24 Motion to Transfer to the United States District Court for the Northern District of Illinois. It is therefore ORDERED that the above−styled action be transferred to the United States District Court for the Northern District of Illinois. As all parties agree to this transfer, the Clerk is directed to transfer this case without delay. Signed by District Judge Amos L. Mazzant, III on 10/5/2020. (baf, ) (Entered: 10/05/2020) |

| | | |
|---|---|---|
| 10/05/2020 | Ï | Interdistrict transfer to the NORTHERN District of ILLINOIS. (baf, ) (Entered: 10/05/2020) |