**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Caddo Systems, Inc. et al,

Plaintiff(s),

v.

Siemens Aktiengesellschaft (AG) et al,

Defendant(s).

Case No.  1:20-cv-05927
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒    in favor of defendant(s) SIEMENS AG
and against plaintiff(s) Caddo Systems, Inc., 511 Technologies, Inc.

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐    other:

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion to dismiss.

Date:   3/9/2022                Thomas G. Bruton, Clerk of Court

                                         E. Wall, Deputy Clerk