# United States Court of Appeals for the Federal Circuit

---

**CADDO SYSTEMS, INC., 511 TECHNOLOGIES, INC.,**
*Plaintiffs-Appellants*

v.

**SIEMENS AKTIENGESELLSCHAFT (AG), SIEMENS INDUSTRY, INC.,**
*Defendants-Appellees*

---

2022-1623

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:20-cv-05927, Judge Thomas M. Durkin.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

September 22, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court